UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) |
| Plaintiff, | ) |
| v | ) Civil Action No. 07-1041 (RCL) |
| FEDERAL TRADE COMMISSION, | ) |
| Defendant. | ) |

**NOTICE OF ATTORNEY APPEARANCE**

  The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel for the Federal Trade Commission.

                   Respectfully submitted,

                   /s/ Beverly M. Russell
                 BEVERLY M. RUSSELL, D.C. BAR #454257
                 Assistant U.S. Attorney
                 U.S. Attorney's Office for the District of Columbia,
                  Civil Division
                 555 Fourth St., N.W., Room E-4915
                 Washington, D.C. 20530
                 Ph: (202) 307-0492
                 Fax: (202) 514-8780
                  E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Notice of Attorney Appearance* was served upon plaintiff by the Court's Electronic Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C. 20036
jedrury@aol.com

on this 25th day of July, 2007.


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney