UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, )<br><br>Plaintiff, )<br><br>v )<br><br>FEDERAL TRADE COMMISSION, )<br><br>Defendant. ) | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1041 (RCL)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal Trade Commission, respectfully moves for an enlargement of time up to and including August 16, 2007 to respond to Plaintiff's Complaint. Although the United States generally has sixty days by which to respond to a complaint (see Fed.R.Civ.P. 12(a)(3)(A)), this case was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, which requires an agency to respond to a complaint within thirty days after service of the pleading. 5 U.S.C. § 552(a)(4)(C). Accordingly, Defendant has until tomorrow, July 26, 2007, to respond to Plaintiff's Complaint. However, for good cause as explained below, Defendant requests an enlargement of time to file its response to Plaintiff's Complaint.

Defendant anticipates filing a dispositive motion in response to Plaintiff's Complaint, along with a Vaughn Index and declaration in support of that motion. The Agency, however, requires an additional period beyond the current deadline for responding to the Complaint to finalize these supporting materials. Accordingly, Defendant will not be able files its response to Plaintiff's Complaint by the current deadline, and thus, Defendant respectfully requests an enlargement of time to August 16, 2007 to do so.

A proposed Order consistent with this motion for an enlargement is attached.

Date: July 25, 2007

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /bmr
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /bmr
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District
         of Columbia, Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph: (202) 307-0492
        Fax: (202) 514-8780
        E-Mail: beverly.russell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that the foregoing *Defendant's Unopposed Motion for an Enlargement of Time and Memorandum in Support Thereof* was served upon Plaintiff by the Court's Electronic Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C. 20036
jedrury@aol.com

on this 25th day of July, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v | ) Civil Action No. 07-1041 (RCL) ) |
| FEDERAL TRADE COMMISSION, | ) ) |
| Defendant. | ) ) ) |

ORDER

This matter is before the Court on *Defendant's Unopposed Motion for an Enlargement of Time and Memorandum in Support Thereof.* Upon consideration of this motion and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion should be and hereby is GRANTED, and thus, Defendant shall have up to and including August 16, 2007 to file its response to Plaintiff's Complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:
John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530