UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL TRADE COMMISSION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1041 (RCL) |

## ORDER

This matter is before the Court on defendant's unopposed motion [3] for an enlargement of time and memorandum in support thereof. Upon consideration of this motion and the entire record herein, it is hereby

ORDERED that defendant's motion [3] is GRANTED; and it is further

ORDERED that defendant shall have up to and including August 16, 2007, to file its response to plaintiff's Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 2, 2007.