UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v | ) Civil Action No. 07-1041 (RCL) ) |
| FEDERAL TRADE COMMISSION, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S OPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT FEDERAL TRADE COMMISSION'S
MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal Trade Commission, respectfully moves for an enlargement of time up to and including September 14, 2007 to file its reply to *Plaintiff's Opposition to Defendant Federal Trade Commission's Motion for Summary Judgment*. The current deadline is today, September 7, 2007. This is Defendant's first motion for an enlargement of time for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel to consult on this non-dispositive motion, and was informed that Plaintiff opposes the relief requested herein. However, for good cause as explained below, Defendant requests an enlargement of time to file its Reply.

Defendant requests the enlargement to allow the agency an additional period to provide input for the reply. Because of the demands of other litigation, the agency representative working on this matter is unable to provide the necessary input for the reply in time for filing

today, September 7, 2007. Accordingly, Defendant respectfully moves for an enlargement of time to September 14, 2007 to file its reply.

A proposed Order consistent with this motion for an enlargement is attached.

Date: September 7, 2007

                Respectfully Submitted,

                /s/ Jeffrey A. Taylor /bmr
                _____
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

                /s/ Rudolph Contreras /bmr
                _____
                RUDOLPH CONTRERAS, D.C. BAR #434122
                Assistant United States Attorney

                /s/ Beverly M. Russell
                _____
                BEVERLY M. RUSSELL, D.C. Bar #454257
                Assistant United States Attorney
                U.S. Attorney's Office for the District
                 of Columbia, Civil Division
                555 4th Street, N.W., Rm. E-4915
                Washington, D.C. 20530
                Ph: (202) 307-0492
                Fax: (202) 514-8780
                E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Defendant's Opposed Motion for an Enlargement of Time to File Its Reply to Plaintiff's Opposition to Defendant Federal Trade Commission's Motion for Summary Judgment* was served upon Plaintiff by the Court's Electronic Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C. 20036
jedrury@aol.com

on this 7th day of September, 2007.

/s/ Beverly M. Russell

BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) Civil Action No. 07-1041 (RCL) |
| | ) |
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on *Defendant's Opposed Motion for an Enlargement of Time to File Its Reply to Plaintiff's Opposition to Defendant Federal Trade Commission's Motion for Summary Judgment*. Upon consideration of this motion and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion should be and hereby is GRANTED, and thus, Defendant shall have up to and including September 14, 2007 to file its Reply.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:
John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C. 20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530