UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v | ) Civil Action No. 07-1041 (RCL) ) |
| FEDERAL TRADE COMMISSION, | ) ) |
| Defendant. | ) ) ) |

ORDER

This matter is before the Court on *Defendant's Opposed Motion for an Enlargement of Time to File Its Reply to Plaintiff's Opposition to Defendant Federal Trade Commission's Motion for Summary Judgment.*  Upon consideration of this motion and the entire record herein, it is hereby

ORDERED that Defendant's motion should be and hereby is GRANTED, and thus, Defendant shall have up to and including September 14, 2007 to file its Reply, nunc pro tunc.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Court Judge, on September 25, 2007.

cc:
John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C. 20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530