UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL TRADE COMMISSION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1041 (RCL) |

**ORDER**

It is hereby

ORDERED, that all documents withheld in full based on defendant's claimed inability to segregate factual content shall be delivered forthwith to this Court in chambers for *ex parte in camera* review.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 19, 2007.