IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-01041(RCL) |
| ) | |
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF SUBMISSION OF DOCUMENTS
*IN CAMERA* AND *EX PARTE*

Pursuant to the Court's October 19, 2007 Order, Defendant, Federal Trade Commission, by and through its undersigned counsel, hereby provides Notice that it has filed compact discs containing unredacted versions of all documents responsive to plaintiff's FOIA requests, including those withheld in full based on Defendant's argument that factual content was inextricably intertwined with exempt information. The documents are in "PDF" format with pages consistent with the Vaughn Index.

Date: October 19, 2007

                                                Respectfully submitted,

                                                /s/ Jeffrey A. Taylor /bmr
                                                _____
                                                JEFFERY A. TAYLOR, D.C. Bar # 498610
                                                United States Attorney

                                                /s/ Rudolph Contreras /bmr
                                                _____
                                                RUDOLPH CONTERAS, D.C. Bar # 434122
                                                Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
E-mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I certify that the foregoing **Notice of Submission of Documents In Camera and *Ex Parte*** was served upon Plaintiff by the Court's Electronic Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L St., N.W., Suite 303
Washington, D.C. 20036
jedrury@aol.com

on this 19th day of October, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney