UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL TRADE COMMISSION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1041 (RCL) |

## ORDER

Upon consideration of the defendant's [5] motion for summary judgment, the plaintiff's opposition thereto, the reply, and this Court's *in camera* review, it is hereby

ORDERED that defendant's [5] motion for summary judgment shall be GRANTED as to all claimed exemptions, but DENIED as to the defendant's segregability analysis of the documents withheld in full pursuant to FOIA Exemption 5. It is further

ORDERED that defendant has 30 days to submit a new motion for summary judgment containing a more detailed explanation as to why no factual portions can be segregated from the documents withheld in full under Exemption 5.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 25, 2007.