UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) |
| Plaintiff, | ) |
| v | ) Civil Action No. 07-1041 (RCL) |
| FEDERAL TRADE COMMISSION, | ) |
| Defendant. | ) |

**DEFENDANT'S OPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS RENEWED MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal Trade Commission, respectfully moves for an enlargement of time up to and including December 5, 2007 to file its renewed motion for summary judgment. The current deadline is Monday, November 26, 2007. This is Defendant's first motion for an enlargement of time for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel to consult on this non-dispositive motion, and was informed that Plaintiff opposes the relief requested herein. However, for good cause as explained below, Defendant moves for the enlargement of time.

Joan Fina, a supervisory attorney with the Federal Trade Commission ("Commission") and primarily responsible for administering the Commission's FOIA and Privacy Act programs, is on leave from November 14 to 26, 2007. Ms. Fina is the declarant in this matter. Although the agency has directed considerable attention to this

matter, it was unable to finalize Ms. Fina's declaration prior to her departure on leave. Accordingly, Defendant requests the enlargement of time to December 5, 2007 to allow the agency an additional period to finalize the declaration in support of its renewed motion, and additionally, to provide other information as required for the motion.   Both the declaration and other supporting information are required for purposes of filing a comprehensive motion.

A proposed Order consistent with this motion for an enlargement of time is attached.

Date: November 19, 2007

                                Respectfully Submitted,

                                /s/ Jeffrey A. Taylor /bmr
                                _____
                                JEFFREY A. TAYLOR, D.C. BAR #498610
                                United States Attorney

                                /s/ Rudolph Contreras /bmr
                                _____
                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney

                                /s/ Beverly M. Russell

                                _____
                                BEVERLY M. RUSSELL, D.C. Bar #454257
                                Assistant United States Attorney
                                U.S. Attorney's Office for the District
                                 of Columbia, Civil Division
                                555 4th Street, N.W., Rm. E-4915
                                Washington, D.C. 20530
                                Ph:  (202) 307-0492
                                Fax: (202) 514-8780
                                E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Defendant's Opposed Motion for an Enlargement of Time to File Its Renewed Motion for Summary Judgment* was served upon Plaintiff by the Court's Electronic Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C. 20036
jedrury@aol.com

on this 19th day of November, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v | ) Civil Action No. 07-1041 (RCL) ) |
| FEDERAL TRADE COMMISSION, | ) ) |
| Defendant. | ) ) |

ORDER

This matter is before the Court on *Defendant's Motion for an Enlargement of Time to File Its Renewed Motion for Summary Judgment.* Upon consideration of this motion and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion should be and hereby is GRANTED, and thus, Defendant shall have up to and including December 5, 2007 to file its renewed motion for summary judgment.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:
John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C. 20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530