IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL TRADE COMMISSION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-01041 (RCL) |

**NOTICE OF FILING**

Today, December 5, 2007, Defendant in the above-captioned matter filed its Renewed Motion for Summary Judgment. However, the file identified as the "Proposed Order" which accompanied that Motion was blank. Accordingly, with this Notice, Defendant is filing the correct version of the Proposed Order.

Respectfully Submitted,


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Notice of Filing* was served upon Plaintiff by the Court's Electronic Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C.  20036
jedrury@aol.com

on this 5th day of December, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARTER, FULLERTON & HAYES, LLC,   )
                                  )
                Plaintiff,   )
                                  )
      v.                          )   Civil Action No. 07-01041 (RCL)
                                  )
FEDERAL TRADE COMMISSION          )
                                  )
                Defendant.   )
_____)

## ORDER

Upon consideration of Defendant's Renewed Motion for Summary Judgment, Plaintiff's Opposition or other response, and the entire record herein, it is this _____ day of

_____, 200__,

ORDERED, that the Defendant's Renewed Motion for Summary Judgment is GRANTED.

SO ORDERED.

                                            _____
                                            Royce C. Lamberth
                                            United States District Court Judge

cc:
John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530