UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
CARTER, FULLERTON & HAYES, LLC, )
)
   Plaintiff, )
)
   v ) Civil Action No. 07-1041 (RCL)
)
FEDERAL TRADE COMMISSION, )
)
   Defendant. )
)

RECEIVED NOV 19 2007 CHAMBERS OF JUDGE LAMBERTH

FILED DEC - 6 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

ORDER [14]

This matter is before the Court on *Defendant's Motion for an Enlargement of Time to File Its Renewed Motion for Summary Judgment.* Upon consideration of this motion and the entire record herein, it is this 6th day of December, 2007,

ORDERED that Defendant's motion should be and hereby is GRANTED, and thus, Defendant shall have up to and including December 5, 2007 to file its renewed motion for summary judgment, *nunc pro tunc*.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:
John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C. 20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530