UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
CARTER, FULLERTON & HAYES, LLC,     )
                                    )
        Plaintiff,                  )
                                    )
        v                           )   Civil Action No.  07-1041 (RCL)
                                    )
FEDERAL TRADE COMMISSION,           )
                                    )
        Defendant.                  )
_____ )
```

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT FEDERAL TRADE COMMISSION'S
RENEWED MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant,

Federal Trade Commission, respectfully moves for an enlargement of time up to and

including January 16, 2008 to file its reply to *Plaintiff's Opposition to Defendant Federal*

*Trade Commission's Renewed Motion for Summary Judgment*.  The current deadline is

Monday, December 31, 2007.  This is Defendant's first motion for an enlargement of time

for this purpose.  Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's

counsel to consult on this non-dispositive motion, but was unable to reach him.

Accordingly, Defendant is unable to present Plaintiff's position on the relief requested

herein.  However, for good cause as explained below, Defendant moves for the

enlargement of time.

Defendant's counsel will be on leave from December 26, 2007 to January 4, 2008, and will have significant workload demands during the first week of her return including, but not limited to, a pretrial statement in the tort case, Arrington v. United States, Civil Action No. 05-5263(CKK) and a discovery response in the suit Roane v. Mukasey, Civil Action No. 05-2337(RWR).  Accordingly, given the upcoming leave of its counsel as well as her workload demands upon return from that leave, Defendant respectfully moves for an enlargement of time up to and including January 16, 2008 to file its reply in this matter.

A proposed Order consistent with this motion for an enlargement of time is attached.

Date: December 21, 2007

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____

BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing ***Defendant's Motion for an Enlargement of Time to File Its Reply to Plaintiff's Opposition to Defendant Federal Trade Commission's Renewed Motion for Summary Judgment*** was served upon Plaintiff by the Court's Electronic Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C.  20036
jedrury@aol.com

on this 21st day of December, 2007.


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | Civil Action No.  07-1041 (RCL) |
| | ) | |
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on *Defendant's Motion for an Enlargement of Time to File Its Reply to Plaintiff's Opposition to Defendant Federal Trade Commission's Renewed Motion for Summary Judgment.*  Upon consideration of this motion and the entire record herein, it is this _____ day of _____, 200__,

ORDERED that Defendant's motion should be and hereby is GRANTED, and thus, Defendant shall have up to and including January 16, 2008 to file its Reply.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:
John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530