UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) |
| Plaintiff, | ) |
| v | ) Civil Action No. 07-1041 (RCL) |
| FEDERAL TRADE COMMISSION, | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on *Defendant's Motion for an Enlargement of Time to File Its Reply to Plaintiff's Opposition to Defendant Federal Trade Commission's Renewed Motion for Summary Judgment.* Upon consideration of this motion and the entire record herein, it is this 2nd day of January, 2008,

ORDERED that Defendant's motion should be and hereby is GRANTED, and thus, Defendant shall have up to and including January 16, 2008 to file its Reply.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 2, 2008.