IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, )<br>)<br>Plaintiff,       )<br>)<br>v.                      )<br>)<br>FEDERAL TRADE COMMISSION,    )<br>)<br>Defendant.    )<br>_____) | Civil Action No. 07-01041 (RCL) |

**NOTICE OF FILING**

On June 5, 2008, Defendant Federal Trade Commission filed a Notice to the Court in which it referenced Plaintiff's Complaint filed in the U.S. District Court for the Eastern District of Virginia. Defendant inadvertently omitted to attach that Complaint to its June 5, 2008 Notice, and accordingly, files it with this Notice.

Respectfully Submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that the foregoing *Notice of Filing* was served upon Plaintiff by the Court's Electronic

Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C.  20036
jedrury@aol.com

on this 6th day of June, 2008.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

CARTER, FULLERTON & HAYES, LLC )
   a Virginia Limited liability Corporation )
4115 Annandale Road )
Suite 205 )
Annandale, Virginia, 22003 )
   Plaintiff, )
)
v. )   CA No. 1:08CV182
)        GBL/TRJ
FEDERAL TRADE COMMISSION )
Pennsylvania Avenue )
Washington, D.C. 20580. )
   Defendant. )
_____)

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking disclosure and release of agency records improperly withheld from plaintiff by defendant Federal Trade Commission.

### JURISDICTION AND VENUE

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552 (a) (4) (B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552 (a) (4) (B).

3. Plaintiff is a Virginia law firm that filed a FOIA request on behalf on a not for profit organization.

4. The Federal Trade Commission ("FTC") is an independent administrative agency of the government of the United States. FTC is an agency within the meaning of 5 U.S.C. § 552 (e).

1

## PLAINTIFF'S FOIA REQUEST AND DEFENDANT'S FAILURE TO DISCLOSE AND COMPLETE FAILURE OF FTC MEET ITS FOIA REQUIREMENTS

5.  On November 20, 2007, the plaintiff filed by electronic mail and US mail postage prepaid its Freedom of Information Act ("FOIA") request which is attached to this Complaint as Exhibit A and incorporated herein by references

6.  On November XX, 2007, the defendant agency acknowledge receipt of the FOIA request by letter to the plaintiff which is attached as Exhibit B.

7.  The defendant failed to disclose such any material or make any determination regarding the request within the 20 day time period provided by FOIA. 5 U.S.C. 522 (a)(6)(A)(ii). It has been over 90 days since Plaintiff timely filed his FOIA.

8.  The FTC has not asserted any statutory privilege nor offered any explanation as why the defendant simply has refused to comply with FOIA and refused to respond within time period required by the Act.

9.  The defendant made no attempt to address the plaintiff's concerns regarding the delay and nature of the defendant's FOIA response despite requests to FTC attorneys.

10. As a result of the defendant's actions and the defendant's complete failure to comply with the letter and the spirit of the FOIA requirements, the plaintiff has filed this Complaint.

## CAUSE OF ACTION

11. Plaintiff realleges the allegations contained in ¶¶ 1-11.

12. Defendant has wrongfully withheld the requested records from the plaintiff.

13. Plaintiff is entitled to injunctive relief.

2

## REQUESTED RELIEF

**WHEREFORE**, plaintiff respectfully prays that his Court:

a. enter an order finding the FTC's actions in violation of the Freedom of Information Act; and

b. enter an order ordering the defendant to disclose the requested records in their entireties and make copies available to the plaintiff forthwith; and

c. provide for an expeditious proceeding in this action; and

d. provide to the Court an account of the defendant's actions and its obligations under 5 USC § 552 *et seq.* and reason for refusing to respond to the plaintiff's FOIA request; and

e. order the defendant to adopt new procedures in how the agency responds to all future FOIA request; and

g. make a specific finding of that fact and refer the matter to the Merit System Protection Board for investigation. 5 U.S.C. § 552(a)(4)(F); and

h. award plaintiff its costs and reasonable attorneys fees incurred in this action; and

i. grant such other relief as the Court may deem just and proper.

Respectfully submitted,

CARTER, FULLERTON & HAYES, LLC
Plaintiff

*[signature]*

John E. Drury, Esq.
DC BAR No. 924407
Virginia Bar # 17541
1900 L Street, NW
Suite 303
Washington, DC 20036
(202) 463-6131 - Telephone

John Laughlin Carter
VA Bar No. 34933
Carter, Fullerton & Hayes, LLC
4115 Annandale Road
Suite 205
Annandale, Virginia 22003
(703) 658-7737 - Telephone
(703) 658-7736 - Facsimile

**Carter, Fullerton & Hayes, LLC**
4115 Annandale Road
Suite 205
Annandale, Virginia 22003
Telephone (703) 658-7737          Facsimile (703) 658-7736

November 20, 2007

**Sent Electronically and Via U.S. Mail:**
Consumer Response Center
Federal Trade Commission
Room 130
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
FOIA@FTC.GOV


Dear Sir/Madam:

This is a request for documents under the Freedom of Information Act.

   **"Document"** means the original and any copy of any written, typed, printed, recorded, electronic, or graphic matter of any kind, however produced or reproduced, including, but not limited to, letters or other correspondence, invoices, telegrams, memorials of telephone conversations or meetings, intra-office communications, electronic mail, advertisements, sales literature, memoranda, reports, summaries, tabulations, records, work papers, studies, invoices, travel records, telephone records, cost sheets, financial reports, photographs, motion picture films, tape recordings, microfilm, other data compilations, including computer data, from which information can be obtained or translated into usable form.

   *The documents requested include but are not limited to:*

   1)  I request that copies of all documents in your possession relating to wine, spirits or malt beverages; malt beverage manufacturers; malt beverage wholesalers; wine and distilled spirits manufacturers; wine and distilled spirits wholesalers; malt beverage, wine and distilled spirits retailers; any organizations representing the aforementioned; and any entity communicating with FTC or any division or office thereof, <u>including without limitation</u> the FTC's Bureaus of Competition, Consumer Protection, Economics, General Counsel, Office of Policy and Planning and/or any regional office of the FTC (hereinafter FTC ) on any aspect of the regulation of alcohol from this law firm's previous FOIA (FOIA 2007-00067) dated October 13, 2006 through completion of your production for this FOIA request. Please indicate clearly what date your FOIA search ends for this request.

Federal Trade Commission
November 20, 2007
Page Two

2) Any document regarding the FTC's response and/or compliance with our previous FOIA dated 10/13/2006 (FOIA 2007-00067) other than the documents actually produced to Carter Fullerton & Hayes in response to FOIA 2007-00067.

3) From January 1, 2002 to the present, all FTC documents related to any communications with other federal and state agencies regarding the regulation of alcohol, the legal basis for FTC jurisdiction, and/or any protocols with other federal departments or agencies on alcohol-related issues.

4) From January 1, 2002 to the present, the travel schedules and expense forms for any FTC employee for any travel associated with alcohol-related issues. All requests for speaking engagement, travel, and contact regarding alcohol-related issues or alcohol-related entities, corporations, and/or associations.

5) Copies of any document showing any communication with the FTC or any employee of the agency and Todd Zywicki, Jerry Ellig, and/or Asheesh Agarwal after each said person's employment at the FTC had been terminated.

6) From January 1, 2004 to the present, copies of any document s showing any communications with the FTC or any employee of the agency and the Honorable Kenneth W. Starr, Jennifer S. Atkins, Esq., Tracey Geneson, Miguel Estrada, Esq., Boyden Gray, Esq., Kathleen Sullivan, Esq., Carter Philips, Esq., Clint Bollick, Esq. and the Honorable Robert Bork relating to any alcohol-related issues or alcohol-related entities, corporations, and/or associations.

Correspondence solely related to the FTC's study of alcohol advertising is exempt from this request. Do not include in this request material that is already publicly available on the FTC website. In your search for the above matters you should **include but not limit your search** to any mention/contact of/with: American Beverage Licenses, American Beverage Institute, Brewers Association, Costco Corporation, Center for Alcohol and Marketing, Center for Science in Public Interest, Century Council, Mercatus Center, Distilled Spirits Council of Untied States, Beer Institute, Wine Institute, National Beer Wholesalers Association, Institute for Justice, Wine and Spirits Wholesalers of America, National Restaurant Association, Century Council, National Association of Beverage Importers, National Retail Federation, Nation Conference of State Legislature, Retail Industry Leaders Association, Specialty Wine Retailers Association, National Conference of State Liquor Administrators, National Association of Attorney Generals, National Alcohol Beverage Control Administration, Pacific Institute of Research and Evaluation, National Restaurant Association, Mothers Against Drunk Driving, Marin Institute, any state chapters or associations or related entities of any of the aforementioned groups, any individual alcohol company manufacturer, distributor, importer or retail company.

Federal Trade Commission
November 20, 2007

6

Page Three

    I request that these documents be provided in an electronic format to avoid the additional costs associated with paper copies. In responding to the Court's order for an *in camera* inspection in <u>Carter Fullerton & Hayes, LLC v. FTC</u> (Civil Action no. 07-1041 D.D.C), the FTC demonstrated that the agency had all the previously requested documents in an electronic format despite not providing those documents to the plaintiff in an electronic format as was requested in FOIA 2007-00067.

    I am willing to pay reasonable fees up to $1,500.00 for this request. If you expect the fees will exceed $1,500.00, please contact this office in a timely manner.

    I am optimistic that we can avoid the delays, and additional litigation, associated with FOIA 2007-00067. If you have any questions regarding this request, I can be reached at 703-658-7737. I thank you in advance for your assistance in fulfilling this request.

                            Sincerely yours,

                            John L. Carter, Esq.
                            Carter, Fullerton, and Hayes, LLC

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Carter, Fullertton & Hayes

**(b)** County of Residence of First Listed Plaintiff  Fairfax
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

John Drury - 202/463-6131
1900 L Street, NW, Washington DC 20036

**DEFENDANTS**

Federal Trade Commission

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
5 USC Section 552

Brief description of cause: FOIA request litigation

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  2/27/08
SIGNATURE OF ATTORNEY OF RECORD  John E. Drury, a member of the Bar of this Court.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100006904
Cashier ID: rbroaden
Transaction Date: 02/27/2008
Payer Name: CARTER FULLERTON
------------------------------------
CIVIL FILING FEE
  For: CARTER FULLERTON
  Amount:         $350.00
------------------------------------
CREDIT CARD
  Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FILING FEE NEW SUIT
108CV182
```