UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FEDERAL TRADE COMMISSION, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-1041(RCL) |

**DEFENDANT FEDERAL TRADE COMMISSION'S SECOND
NOTICE TO THE COURT REGARDING RECENTLY-DISCOVERED DOCUMENTS
POTENTIALLY RESPONSE TO PLAINTIFF'S FOIA REQUESTS**

This is Defendant Federal Trade Commission's ("FTC") second Notice to the Court regarding the FTC's efforts related to the discovery of documents in the FTC's Seattle Regional Office that might be responsive to Plaintiff's Freedom of Information Act ("FOIA") requests serving as the basis of Plaintiff's litigation in this Court and in the Eastern District of Virginia. As reflected by its previous Notice, the FTC immediately notified the Court of the existence of the documents, and since obtaining the documents from the FTC's Seattle Regional Office, the FTC's FOIA Office in Washington, D.C. has worked expeditiously to review these documents. In this regard, the FTC had five employees reviewing the documents this past weekend, and will continue its concerted effort to complete the review. The FTC's objective is to develop a Vaughn Index to advance disposition of any issues related to the documents.

On June 17, 2008, the U.S. District Court for the Eastern District of Virginia (Lee, J.) ordered the FTC and plaintiff's counsel to schedule a conference pursuant to Fed. R. Civ. P. 16(b) before a magistrate judge in the Eastern District of Virginia within a week of its order. At the time of that conference, the FTC anticipates that it will have a better understanding of the

nature of the documents, and thus, the documents' relevance to Plaintiff's respective suits and how best to effectuate resolution of the suits. Defendant anticipates that its next Notice to the Court will provide this information. Unless otherwise directed by the Court, and after conferring with Plaintiff's counsel, Defendant will file its next Notice or other appropriate filing to govern disposition of this case on or before July 17, 2008.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /dvh
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that the foregoing ***Defendant Federal Trade Commission's Second Notice to the Court Regarding Recently-Discovered Documents Potentially Response to Plaintiff's FOIA Requests*** was served upon Plaintiff by the Court's Electronic Case Filing System, to:

John E. Drury
Law Offices of John E. Drury, PC
1900 L Street, N.W., Suite 303
Washington, D.C.  20036
jedrury@aol.com

on this 20th day of June, 2008.

                                          /s/ Beverly M. Russell
                                          BEVERLY M. RUSSELL
                                          Assistant United States Attorney