UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC,   )<br>                                                                  )<br>           Plaintiff                                        )<br>                                                                  )<br>           v.                                                  )<br>                                                                  )<br>FEDERAL TRADE COMMISSION,          )<br>                                                                  )<br>           Defendant.                                   )<br>_____)    | Civil Action No. 07-1041(RCL) |

**DEFENDANT FEDERAL TRADE COMMISSION'S THIRD
NOTICE TO THE COURT REGARDING RECENTLY-DISCOVERED DOCUMENTS
RESPONSIVE TO PLAINTIFF'S FOIA REQUESTS**

This is Defendant Federal Trade Commission's ("FTC") third Notice to the Court regarding the FTC's efforts related to the discovery of documents in the FTC's Seattle Regional Office which, upon review, are responsive to Plaintiff's Freedom of Information Act ("FOIA") requests serving as the basis of Plaintiff's litigation in this Court and in the Eastern District of Virginia. Since the filing of its previous Notice, the FTC has completed its review of the documents and produced all responsive, non-exempt documents to Plaintiff. An initial production to Plaintiff was done on Thursday, June 26, 2008, with subsequent productions on Friday, July 11, 2008 and Monday, July 14, 2008. The FTC is now working on a <u>Vaughn</u> Index which should be completed by August 8, 2008. After the FTC's production of the <u>Vaughn</u> Index to Plaintiff, the parties will be in a position to determine whether supplemental briefing is necessary, and if so, to propose a briefing schedule. Defendant anticipates filing a status report with the Court discussing these matters on or before August 22, 2008.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /dch
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dch
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov