UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER, FULLERTON & HAYES, LLC,   ) | |
| ) | |
| Plaintiff    ) | |
| ) | |
| v.    ) | Civil Action No. 07-1041(RCL) |
| ) | |
| FEDERAL TRADE COMMISSION,    ) | |
| ) | |
| Defendant.    ) | |
| _____)  | |

**DEFENDANT FEDERAL TRADE COMMISSION'S
NOTICE TO THE COURT REGARDING RECENTLY-DISCOVERED DOCUMENTS
RESPONSIVE TO PLAINTIFF'S FOIA REQUESTS**

This is Defendant Federal Trade Commission's ("FTC") follow-up Notice to the Court regarding the FTC's efforts related to the discovery of documents in the FTC's Seattle Regional Office which, upon review, are responsive to Plaintiff's Freedom of Information Act ("FOIA") requests serving as the basis of Plaintiff's litigation in this Court and in the Eastern District of Virginia. Since the filing of its previous Notice, the FTC has completed its review of the documents and produced all responsive, non-exempt documents to Plaintiff. The FTC also completed a <u>Vaughn</u> Index which was provided to Plaintiff, through its counsel, on August 5, 2008 via electronic mail.

In the August 5, 2008 e-mail to Plaintiff's counsel to which the <u>Vaughn</u> Index was attached, Defendant's counsel stated the following: "With the provision of the Index, Defendant is hoping that the parties can resolve matters related to the recent production without further litigation. With this objective in mind, please let me know if your client has any questions regarding the <u>Vaughn</u> Index or whether indeed the FTC's production and Index satisfactorily resolves matters related to the  Seattle documents." In the August 5, 2008 e-mail, Defendant's

counsel also noted that Defendant would like to file a status report or other filing by August 22, 2008 recommending further disposition of this suit (e.g., a proposed joint stipulation as to the recently-discovered documents or a proposed briefing schedule).  Defendant has not heard from Plaintiff regarding Plaintiff's position on this issue, but would like to present a filing to the Court with the parties' respective positions.  Accordingly, over the next week, Defendant's counsel will continue efforts to follow-up with Plaintiff's counsel and will file a motion or other document recommending steps to resolve this matter by September 3, 2008 which hopefully will include Plaintiff's position as well.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov