UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARTER, FULLERTON & HAYES, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1041(RCL) |
| | ) | |
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT FEDERAL TRADE COMMISSION'S
NOTICE TO THE COURT REGARDING ITS INTENT TO FILE A
SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

In this suit brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, Defendant Federal Trade Commission ("FTC") notifies the Court that, pursuant to Fed. R. Civ. P. 56(b)[1], Defendant intends to file a supplemental Motion for Summary Judgment no later than October 3, 2008, as relates to the supplemental production of documents to Plaintiff completed in July 2008. Via electronic mail, Defendant also produced a <u>Vaughn</u> Index to Plaintiff on August 5, 2008 with the objective of determining whether the Parties could resolve matters related to the supplemental production without further litigation. With this objective in mind, in its August 5, 2008 electronic mail to Plaintiff, Defendant requested that Plaintiff follow-up with any questions regarding the <u>Vaughn</u> Index, or alternatively, indicate whether the FTC's production and Index satisfactorily resolves matters related to the supplemental production.

Today, September 5, 2008, Plaintiff's counsel notified Defendant's counsel of Plaintiff's position regarding the above-noted matters. Specifically, notwithstanding the supplemental

---

[1] "A party against whom relief is sought may move at any time, with or without supporting affidavits, for summary judgment on all or part of the claim." Fed. R. Civ. P. 56(b).

production and provision of the Vaughn Index, Plaintiff argues that Defendant has not undertaken any efforts to correct the record or the motion pending before the Court. Plaintiff additionally avers that "Defendant ha[s] produced a wealth of additional documentation contradicting some of the positions the FTC asserted in the USDC litigation [and that] Defendant has not disclosed to [this Court] that it had a secret extra-jurisdictional investigation of state liquor boards under way." Given Plaintiff's position, and the evident point that the Parties will not be able to resolve issues with regard to the supplemental production without judicial review, or indeed, narrow the issues for judicial review, Defendant informs the Court of its intent to file a supplemental Motion for Summary Judgment no later than October 3, 2008 to facilitate resolution of the remaining issues in this suit as relates to the June/July 2008 supplemental production.[2]

Respectfully Submitted,

/s/ Jeffrey A. Taylor /dvh
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

---

[2] Plaintiff expressed no opposition to Defendant's intent to file its dispositive motion by October 3, 2008.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov